UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CAITLIN LEEBURN, ET AL.,

                      Plaintiffs,

      -against-                                        20 **CIVIL** 4072 (JGK)

SCWORX CORP., ET AL.,

                      Defendants.
-----------------------------------------------------------X
JONATHON CHARLES LEONARD,

                      Plaintiff,

      -against-                                        20 **CIVIL** 4777 (JGK)

# **JUDGMENT**

SCWORX CORP., ET AL.,

                      Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 27, 2023, as set forth in the Court's June 21, 2023 Order, it appears that, in light of that judgment, "these member cases have been dismissed with prejudice and should be closed. ECF No. 30, No. 20-cv-4072; ECF No. 32, No. 20-cv-4777. In that same Order, the Court advised that the parties should notify the Court via letter of "any reason why the above-captioned member cases... should not be closed" by June 26, 2023, and that absent such a letter, the Court would direct the Clerk to enter final judgment and close the cases. Id. The June

26, 2023 deadline has passed without the filing of a letter in either member case. Accordingly, final judgment is entered in 20-cv-4072 and 20-cv-4777; accordingly, the cases are closed.

**Dated:**  New York, New York

   June 28, 2023

                                             **RUBY J. KRAJICK**

                                             _____
                                             **Clerk of Court**

                         **BY:**         *K. Mango*
                                             _____
                                             **Deputy Clerk**